UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:12-CR-57-2D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| DARIEL TRAVOINTE HADDOCK | ) | |

Upon the unopposed motion of the Government and for good cause shown, it is hereby ORDERED that Docket Entry 96 be sealed until further order of this Court.

SO ORDERED. This **25** day of September 2014.

JAMES C. DEVER III
Chief United States District Judge